

**FILED**

**MAY 19 2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT **MN**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

Richard Anthony Marin

vs.

Cook County Jail

Dr. Glen Tremmell

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)**

Case number 25-cv-05596
Judge Jeffrey I Cummings
Magistrate Gabriel A. Fuentes
Random Cat 3
PC 7

**Instructions:** Please answer every question. Do not leave blank.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

☒ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

☒ to request an attorney

1. *Are you in custody?* ☒ Yes ☐ No

   ID # 2025 0211065     Name of jail or prison: Cook County Jail

   Do you receive any payment from this institution? ☐ Yes ☒ No

   If "Yes," how much per month? $_____

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   *(list the 12-month total for each)*

   | | |
   |---|---|
   | Self-employment, business, or profession: | $_____ |
   | Income from interest or dividends: | $_____ |
   | Income from rent payments: | $_____ |
   | Pensions, annuities, or life insurance: | $_____ |
   | Disability or worker's compensation: | $_____ |
   | Gifts: | $_____ |
   | Deposits by others into your jail or prison account: | $ 150 |
   | Unemployment, public assistance, or welfare: | $_____ |
   | Settlements or judgments: | $_____ |
   | Any other source of money: | $_____ |

Rev. 2/2020

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ☐ Yes ☒ No  If yes, how much? _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  ☐ Yes ☒ No

   If yes, list each item of property and state its approximate value:

   _____

   _____

5. *Dependents:* Is anyone dependent on you for support?  ☐ Yes ☒ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____

   _____

6. *Debts and financial obligations:* List any amounts you owe to others:

   Approximately $19,000 in credit card debt and bills accumulated during legal

   _____

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct.

I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 5/9/25 _____     *Richard Anthony Morin*
                                  _____
                                  *Applicant's signature*

                                  Richard Anthony Morin
                                  _____
                                  *Printed name*

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.  Attached, authorized officer not available at time of sending. Will resend if required.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, _____, ID # _____, has the sum of $ _____ on account to his/her credit at _____ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by the number of months.)

Date: _____          _____
                              *Signature of authorized officer*

                              _____
                              *Printed name*

Rev. 2/2020

## Resident Transaction Details

Transactions From 2/11/2025 12:00 AM to 4/15/2025 11:59 PM

### 853944 : Marin,  Richard

DIV2 D3 JJ 45

Cook Checking Main Balance:     $150.22

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---------|------|------|-------------|--------------|---------|--------|---------------|
| 8646583 | 4/6/2025 | CredPay | | | PAYMENT FOR TRANS 8646582 | $150.00 | $150.22 |
| 8646582 | 4/6/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:2931958075250968\|MARGARET, MARIN | | $0.22 |
| 8423300 | 2/27/2025 | BillPay | | | PAYMENT FOR TRANS 8423299 | -$4.30 | $0.22 |
| 8423299 | 2/27/2025 | Bill | $4.30 | $4.30 | Commissary : COMMISSARY 2/27/2025 REF:15282 | | $4.52 |
| 8316989 | 2/11/2025 | Open | | | RESIDENT RE-OPEN | $0.00 | $4.52 |

Quality Assured By: 3567 | Green

## 20250211065  Marin, Richard

Receipt #1171084



**Location:** DIV2 - D3 - JJ - 45

Cook County, IL

**05/08/2025**

**Invoice : 15097:cookIL-15710**

| Code | Qty | Product | Price | Ext | Tax | Total |
|------|-----|---------|-------|-----|-----|-------|
| 3021 | 8 | Med-First Acetaminophen (generic Tylenol) 2ct (Med-First Acetaminof?n (Tylenol gen?rico) 2ct) | 0.49 | 3.92 | 0.09 | 4.01 |
| 4103 | 10 | Stamped Envelope (Sobre con Franqueo ($0.60)) | 0.65 | 6.50 | 0.67 | 7.17 |
| 6028 | 2 | Premium 3oz freeze dried coffee (Caf? Liofilizado 3oz) | 7.79 | 15.58 | 0.35 | 15.93 |
| 3000 | 1 | Good Sense Cough Drops Bag (Gota de Tos (Bolsa)) | 1.70 | 1.70 | 0.04 | 1.74 |
| 7206 | 6 | Hot Sauce Packet (Paquete de Salsa Picante) | 0.25 | 1.50 | 0.03 | 1.53 |
| 7101 | 6 | Chili Ramen (Ramen de Chili) | 0.99 | 5.94 | 0.13 | 6.07 |
| | | **Subtotal:** | | **35.14** | **1.31** | **36.45** |

33 Items

Start Balance: **$65.27**

Total Purchase: **$36.45**

End Balance: **$28.82**

Delivered By:

Date:

Resident:

By signing, I acknowledge receipt of my Commissary Order, and  the deduction of funds from my account

Richard A. Muniz
2025021015

Div. 2 Tier: 3-JJ
2700 S. California Ave.
Chicago, IL 60608

S SUBURBAN IL 604
13 MAY 2025 PM 8 L

quadient
FIRST-CLASS MAIL
IMI
$000.69
05/12/2025 ZIP 60608
043M31244814

US POSTAGE

Prisoner Correspondent
United States District Court
219 S. Dearborn St. 20th Floor
Chicago, IL 60604

RECEIVED

MAY 19 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

05/19/2025-1

60604-180099

