MYL

**FILED**

[If you need additional space for ANY section, please attach an additional sheet and reference that section]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**MAY 19 2025**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT** MN

Plaintiff(s) Richard Anthony Marin )
)
v. )    25-cv-05596
)    Judge Jeffrey I Cummings
Cook County Jail )    Magistrate Gabriel A. Fuentes
)    Random Cat 3
Defendant(s) Dr. Glen Tremmell )    PC 7
)

## MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion.)

1.  I, __Richard Anthony Marin__, declare that I am the (check appropriate box)
    ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I
    hereby ask the Court for an attorney to represent me in this case.

2.  I declare that I have contacted the following attorneys/organizations seeking representation:
    **(NOTE: This item must be completed.)**

    Loevy & Loevy
    Illinois Bar Association
    Multiple online directory listings
    but I have been unable to find an attorney because:

    I have not received a response in the affirmative from any that I've contacted.

3.  I declare that (check all that apply):
    *(Now:)*
    ☒   I *am not* currently represented by an attorney requested by the Court in any federal criminal or
        civil case.
    OR
    ☐   I *am* currently represented by an attorney requested by the Court in a federal criminal or civil
        case. The case is described on the back of this page.

    *(Earlier:)*
    ☐   I *have not* previously been represented by an attorney requested by the Court in any federal
        criminal or civil case.
    OR
    ☐   I *have* previously been represented by an attorney requested by the Court in a federal criminal or
        civil case. The case is described on the back of this page.

4.  I declare that (check one):
    ☒   I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my
        financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☒ I declare that my highest level of education is (check one):

☐ Grammar school  ☐ Some high school  ☐ High school graduate

☐ Some college  ☒ College graduate  ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_Richard Anthony Marin_
Movant's Signature

Division 2, Dorm 3, JJ-45, 2700 S. California Ave
Street Address

_5/9/25_
Date

Chicago, IL 60608
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | | Case No.: |
|---|---|---|
| Attorney's Name: | | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | |
| Case Name: | | Case No.: |
| Attorney's Name: | | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | |
| Case Name: | | Case No.: |
| Attorney's Name: | | The case is still pending: Yes ___ No ___ |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Name: Richard A. Marin
ID: 20250211045
Div. 2 Tier: 3-JI
2700 S. California Ave.
Chicago, IL 60608

S SUBURBAN IL 604

13 MAY 2025 PM 8 L

quadient
FIRST-CLASS MAIL
IMI
$000.69
05/12/2025 ZIP 60608
043M31244814

US POSTAGE

Prisoner Correspondent
United States District Court
219 S. Dearborn St. 20th Floor
Chicago, IL 60604

RECEIVED

MAY 19 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

05/19/2025-1

60604-180099