

*MR*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



**FILED**

AUG 04 2025

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Richard Anthony Marin

(full name of plaintiff or petitioner)

vs.

Cook County Jail, et al.

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)**

Case number: 25 C 5596

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[✓] to request an attorney

1.  *Are you in custody?* [✓] Yes [ ] No
    ID # 202502110b5          Name of jail or prison: Cook County Jail
    Do you receive any payment from this institution? [ ] Yes [✓] No
    If "Yes," how much per month? $ 0

2.  *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

    *(list the 12-month total for each)*

    | | |
    |---|---|
    | Self-employment, business, or profession: | $ 300 (book royalties) |
    | Income from interest or dividends: | $ 0 |
    | Income from rent payments: | $ 0 |
    | Pensions, annuities, or life insurance: | $ 0 |
    | Disability or worker's compensation: | $ 0 |
    | Gifts: | $ 450 (Gofundme) |
    | Deposits by others into your jail or prison account: | $ 450 |
    | Unemployment, public assistance, or welfare: | $ 0 |
    | Settlements or judgments: | $ 0 |
    | **Any other source of money:** | $ 2400 (alimony) |

Page 1 of 2

Rev. 2/2020

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ☐ Yes ☑ No   If yes, how much? _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?   ☐ Yes ☑ No

   If yes, list each item of property and state its approximate value:

   _____

   _____

5. *Dependents:* Is anyone dependent on you for support?   ☐ Yes ☑ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____

   _____

6. *Debts and financial obligations:* List any amounts you owe to others:

   Around $19,000 credit card debt

   _____

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _____        _Richard Anthony Marin_
                             *Applicant's signature*

                             Richard Anthony Marin
                             *Printed name*

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, Richard Marin , ID # 235021106 , has the sum of $ 07.45 on account to his/her credit at Cook County - DOC (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ 7600 . (Add all deposits from all sources and then divide by the number of months.)

Date: 7/29/2025        _____
                       *Signature of authorized officer*

                       M. Joseph
                       *Printed name*

Rev. 2/2020

# Resident Transaction Details

Transactions From 2/11/2025 12:00 AM to 7/29/2025 11:59 PM

## 853944 : Marin, Richard

### DIV2 D2 W 7

Cook Checking Main Balance:     $67.65

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 9281527 | 7/24/2025 | BillPay | | | PAYMENT FOR TRANS 9281526 | -$52.35 | $67.65 |
| 9281526 | 7/24/2025 | Bill | $52.35 | $52.35 | Commissary : COMMISSARY 7/24/2025 REF:16111 | | $120.00 |
| 9229547 | 7/15/2025 | BillPay | | | PAYMENT FOR TRANS 9229546 | -$30.00 | $120.00 |
| 9229546 | 7/15/2025 | Bill | $30.00 | $30.00 | Forma Pauperis : 20% 25c6465 6/20/25 | | $150.00 |
| 9217210 | 7/14/2025 | CredPay | | | PAYMENT FOR TRANS 9217209 | $150.00 | $150.00 |
| 9217209 | 7/14/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:4434908623251958\|MARGARET, MARIN | | $0.00 |
| 9197343 | 7/10/2025 | BillPay | | | PAYMENT FOR TRANS 9197342 | -$0.03 | $0.00 |
| 9197342 | 7/10/2025 | Bill | $0.03 | $0.03 | Commissary : COMMISSARY 7/10/2025 REF:16044 | | $0.03 |
| 9113944 | 6/26/2025 | BillPay | | | PAYMENT FOR TRANS 9113943 | -$0.26 | $0.03 |
| 9113943 | 6/26/2025 | Bill | $0.26 | $0.26 | Commissary : COMMISSARY 6/26/2025 REF:15980 | | $0.29 |
| 9076013 | 6/19/2025 | BillPay | | | PAYMENT FOR TRANS 9076012 | -$8.09 | $0.29 |
| 9076012 | 6/19/2025 | Bill | $8.09 | $8.09 | Commissary : COMMISSARY 6/19/2025 REF:15942 | | $8.38 |
| 9034540 | 6/12/2025 | BillPay | | | PAYMENT FOR TRANS 9034539 | -$66.43 | $8.38 |
| 9034539 | 6/12/2025 | Bill | $66.43 | $66.43 | Commissary : COMMISSARY 6/12/2025 REF:15917 | | $74.81 |
| 8994719 | 6/5/2025 | BillPay | | | PAYMENT FOR TRANS 8994718 | -$16.67 | $74.81 |

# 853944 : Marin, Richard

## DIV2 D2 W 7

| Cook Checking Main Balance: | $67.65 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 8994718 | 6/5/2025 | Bill | $16.67 | $16.67 | Commissary : COMMISSARY 6/5/2025 REF:15880 | | $91.48 |
| 8952027 | 5/29/2025 | BillPay | | | PAYMENT FOR TRANS 8952026 | -$58.54 | $91.48 |
| 8952026 | 5/29/2025 | Bill | $58.54 | $58.54 | Commissary : COMMISSARY 5/29/2025 REF:15840 | | $150.02 |
| 8924766 | 5/24/2025 | CredPay | | | PAYMENT FOR TRANS 8924765 | $150.00 | $150.02 |
| 8924765 | 5/24/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:0015391799251448|MARGARET, MARIN | | $0.02 |
| 8915687 | 5/22/2025 | BillPay | | | PAYMENT FOR TRANS 8915686 | -$0.10 | $0.02 |
| 8915686 | 5/22/2025 | Bill | $0.10 | $0.10 | Commissary : COMMISSARY 5/22/2025 REF:15804 | | $0.12 |
| 8875362 | 5/15/2025 | BillPay | | | PAYMENT FOR TRANS 8875361 | -$28.70 | $0.12 |
| 8875361 | 5/15/2025 | Bill | $28.70 | $28.70 | Commissary : COMMISSARY 5/15/2025 REF:15762 | | $28.82 |
| 8836529 | 5/8/2025 | BillPay | | | PAYMENT FOR TRANS 8836528 | -$36.45 | $28.82 |
| 8836528 | 5/8/2025 | Bill | $36.45 | $36.45 | Commissary : COMMISSARY 5/8/2025 REF:15710 | | $65.27 |
| 8827997 | 5/6/2025 | CredPay | | | PAYMENT FOR TRANS 8827996 | $1.12 | $65.27 |
| 8827996 | 5/6/2025 | Credit | $1.12 | $1.12 | Commissary : COMMISSARY CREDIT 5/6/2025 REF:15698 | | $64.15 |
| 8795296 | 5/1/2025 | BillPay | | | PAYMENT FOR TRANS 8795295 | -$24.87 | $64.15 |
| 8795295 | 5/1/2025 | Bill | $24.87 | $24.87 | Commissary : COMMISSARY 5/1/2025 REF:15675 | | $89.02 |
| 8754065 | 4/24/2025 | BillPay | | | PAYMENT FOR TRANS 8754064 | -$61.20 | $89.02 |
| 8754064 | 4/24/2025 | Bill | $61.20 | $61.20 | Commissary : COMMISSARY 4/24/2025 REF:15640 | | $150.22 |
| 8646583 | 4/6/2025 | CredPay | | | PAYMENT FOR TRANS 8646582 | $150.00 | $150.22 |

## 853944 : Marin, Richard

### DIV2 D2 W 7

| Cook Checking Main Balance: | $67.65 |
|---|---|

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 8646582 | 4/6/2025 | Credit | $150.00 | $150.00 | Western Union Deposits : TCN:2931958075250968\|MARGARET, MARIN | | $0.22 |
| 8423300 | 2/27/2025 | BillPay | | | PAYMENT FOR TRANS 8423299 | -$4.30 | $0.22 |
| 8423299 | 2/27/2025 | Bill | $4.30 | $4.30 | Commissary : COMMISSARY 2/27/2025 REF:15282 | | $4.52 |
| 8316989 | 2/11/2025 | Open | | | RESIDENT RE-OPEN | $0.00 | $4.52 |

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

## ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF  (! Para ser llenado solo por el personal de IIC Services !)

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): Marin | PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): Richard | BOOKING NUMBER (# de identificación) 20250711065 |
|---|---|---|
| DIVISION (División): 2 | LIVING UNIT (Unidad): Dorm 2, W | DATE (Fecha): 7/28/25 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CL (Correctional Liaison).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Enlace Correccional (EC/CL).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 7/28/25 | 6:30pm | Dorm 2. W | Cook County Jail |

Five times in the past week, my dinner tray was not available at the same time as everyone elses and an order for a tray, late, was put in by the kitchen staff. Once, my breakfast tray, within the same week, was not provided at all. I allege that this is in response to my requests for a vegan and appropriately vegan religious tray and my filed lawsuit against the jail. I want the proper tray at the same time that everyone else gets their tray.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody : (Individuo bajo costodia): Richard Anthony Marin |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CL or CORRECTIONAL SUPERVISOR NAME (Print): ADAMS | SIGNATURE: ADAMS | DATE RECIEVED by STAFF: 7-30-25 |
|---|---|---|
| CL NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

(FCN-62) (DEC 24)     **(WHITE COPY** – IIC SERVICES DEPT.)     **(YELLOW COPY** – CL)     **(PINK COPY** – INDIVIDUAL IN CUSTODY)

Richard A. Marin
20250211065
Division 2, Dorm 2, W-7
2700 S. California Ave
Chicago, IL 60608

S SUBURBAN IL 604

31 JUL 2025    PM 6   L

USA ★ FOREVER

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

08/04/2025-29

RECEIVED

AUG 04 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604-170299