

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**FILED**
9/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Richard Anthony Marin

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: 25 C 5596
(To be supplied by the Clerk of this Court)

Hon. Jeffrey I. Cummings

**CHECK ONE ONLY:**                              **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
     **U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
     **28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name:  Richard Anthony Marin

B.  List all aliases:  Rich Marin, John Titor

C.  Prisoner identification number:  #08539444   2025021065

D.  Place of present confinement:  Cook County Jail

E.  Address:  _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant:  Cook County

Title:  _____

Place of Employment:  2650 S. California Ave, Chicago. IL 60608

B.  Defendant:  _____

Title:  _____

Place of Employment:  _____

C.  Defendant:  _____

Title:  _____

Place of Employment:  _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Marin v. The F.B.I. 25-CV-06465_

B. Approximate date of filing lawsuit: _May 2025_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Richard Anthony Marin._
_Aliases: Rich Marin, John Titor_

D. List all defendants: _The Federal Bureau of Investigation_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _US District Court, Northern Division of Illinois,_

F. Name of judge to whom case was assigned: _Judge Gettleman_

G. Basic claim made: _Abandonment as a whistleblower and witness, and allowance of retaliation by the criminal group I reported to them regarding._

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Appealed to the Seventh Circuit after being dismissed._

I. Approximate date of disposition: _9/4/25_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. A. Name of case and docket number: Marin v. Marvel Studios, 25-CV-07805

B. Approximate date of filing lawsuit: July 2025

C. List all plaintiffs (if you had co-plaintiffs) including any aliases: Richard Anthony Marin. Aliases: Rich Marin, John Titor

D. List all defendants: Marvel Studios

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US District Court, Northern Division of Illinois

F. Name of judge to whom case was assigned: Judge Chang

G. Basic claim made: Uncredited consulting and incidents involving solicitation, unpaid, of ideas.

H. Disposition of this case: Open, status hearing set for ~~September~~ October 10th, 2025

I. Approximate date of disposition: 9/4/25

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.     Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

During three, nearly consecutive periods of incarceration from February 2023 to October 2023, December 2023 through January 2024, and February 2024 to present; each time that I attempted to request a vegan diet, through request forms to the social worker, medical request forms, grievance forms, and even including mailed letters to the jail's legal department, in an effort to resolve the matter, I have been denied a vegan diet. It is relevant that those periods of incarceration coincide with retaliation by law enforcement for reporting crimes associated with law enforcement and jail policies to federal authorities. Requests were filed on 3/9/25 and 3/31/25 via grievance form, followed up with multiple medical request forms, religious request forms, and letters during the first period of incarceration. During the second, I only attempted to request it via social worker (CRW) request form, of which I was not given a copy of. During the third and present period of incarceration, I first filed a grievance on 2/21/25 and have continued to follow-up multiple times a month and was able to change my diet by having meat and eggs listed, in addition to lactose, but the kitchen has continued, either through negligence or retaliation, to serve meat on my diet trays daily, despite multiple further claims and grievances.

This is a claim against Cook County, who is the responsible suable entity named

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

responsible for it's jail's actions. I am alleging gross violation on the grounds set forth. I allege violations of the Eighth Amendment's cruel and unusual punishment clause for being forced, despite dozens of formal written protests through the appropriate channels, to accept meat, eggs, and sometimes dairy on my food trays and having to pick through and seperate what I can eat and trade for edible food items from others despite the burden and imposed harm to me. As I am a moderately well-known journalist and have a long-set of records proving that the jail has both received and responded to my requests, it seems more likely to be retaliatory than negligence. I also allege violation of the free exercise clause of the First Amendment, as my belief and adherence to a vegan diet is founded explicitly in Genesis 1:29, which provides clear historical context for it's statement and is also supported by my right to freedom of conscience, also supported by the same amendment. Lastly, I allege violations of the equal protection clause of the Fourteenth Amendment, especially as other diets, such as kosher and halal diet trays, receive deferential and sometimes preferential treatment by the jail, often offering higher quality items compared to regular trays, and are simply honored upon request with little to no burden being placed on the detained party seeking it.

I allege that Cook County is responsible for it's employees at it's jail acting with deliberate indifference to the point of retaliation. The few individuals who did attempt to correct the record seem to have done so against the jail, despite it even offering a vegan diet in it's own policy on form FCN-12, and denying it to me.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.  Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want damages paid of an amount as calculated by the court for each day this violation of my rights has occurred.

VI.    The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___17th___ day of ___September___, 20 25

*Richard Anthony Marin*

_____

(Signature of plaintiff or plaintiffs)

Richard Anthony Marin
(Print name)

C853944, 20250211065
(I.D. Number)

Division 7, Dorm 3, JJ

2700 S. California Ave

Chicago, IL 60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Richard A. Marin
20250211065
Division 2, Dorm 3, JJ
2700 S. California Ave
Chicago, IL 60608

S SUBURBAN IL   604

22 SEP 2025   PM 6   L

1775

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

RECEIVED

SEP 25 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

9/25/2025-21