



FILED
12/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CVK

In The United States District Court For The

Northern District of Illinois

Richard Anthony Marin (#20250211065)

Plaintiff

v.

Cook County Jail

Defendant

Case No. 25 C 5596

Hon. Jeffrey I. Cummings

Motion To Reconsider

Plaintiff, Richard Anthony Marin, pro se, motions this court to reconsider his prior amended complaint, which both revised defendant to Cook County, a change not yet reflected in the court's recent order, but was response to request to name a suable entity, as reference to their control of Cook County Jail and it's policies and which substantially restated the claim on which relief may be granted. that he has been denied, apparently intentionally and against Cook County Jail's own policies and responsibilities under the law. Plaintiff asks that the Honorable Judge Cummings reconsider petition in light of clearly stated civil rights violations by an entity under the direct control of Cook County, - it's jail.

Civil rights violations include violations of Constitutional rights as laid out by the Constitution and Bill of Rights. Plaintiff has identified multiple violations regarding violation of the free expression clause of the First Amendment, cruel and unusual punishment clause of the Eighth Amendment, and Equal Protection clause of the Fourteenth Amendment, alleging deliberate indifference and retaliation. He is seeking both relief - immediate switch to a vegan diet while incarcerated - and monetary damages. for each day of harm. The facts, and timeline, are believed to be clearly and honestly stated, and it is hoped that the court will reconsider.

Sincerely, Richard Anthony Marin, Pro se

Richard Anthony Marin

Richard A. Martin
20250211065
Division 2, Dorm 3, JJ
2700 S. California Ave
Chicago, IL 60608

S. SUBURBAN IL 604

10 DEC 2025 PM 8 L

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

12/15/2025-20

60604-189423



RECEIVED

DEC 15 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT