**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Richard Anthony Marin (#20250211065), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25 C 5596 |
| v. | ) | |
| | ) | Hon. Jeffrey I. Cummings |
| Cook County Jail, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

On November 24, 2025, the Court dismissed plaintiff's amended complaint for failure to state a claim and gave him until December 22, 2025, to submit a second amended complaint. (Dckt. #13). Plaintiff was warned that failure to do so would result in dismissal of this lawsuit for failure to state a claim. (*Id.*). On December 15, 2025, plaintiff filed a motion to reconsider the November 24, 2025, order, (Dckt. #14), and the Court denied that motion on January 13, 2026, (Dckt. #16). Plaintiff was given until February 6, 2026, to submit a second amended complaint, and warned that failure to do so by the deadline would result in dismissal of the suit with prejudice for failure to state a claim. (*Id.*). As of the date of this order, plaintiff has neither submitted a second amended complaint nor otherwise communicated with the Court. Accordingly, this case is dismissed with prejudice for failure to state a claim. (*See* Dckt. #13 (discussing deficiencies in plaintiff's amended complaint)).

The dismissal of this case counts as a dismissal under 28 U.S.C. §1915(g). *See Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011). If plaintiff accumulates three dismissals under §1915(g), he will not be able to file an action in federal court (except as a petition for habeas corpus relief) without prepaying the filing fee unless he demonstrates that he is in imminent danger of serious physical injury. *See* 28 U.S.C. §1915(g).

If plaintiff wants to appeal this dismissal, he may file a notice of appeal in this Court within thirty days of the entry of judgment. Fed. R. App. P. 4(a)(1)(A). If plaintiff chooses to appeal, he will be responsible for paying the $605 appellate filing fee irrespective of the outcome of the appeal. *Evans v. Ill. Dep't of Corr.*, 150 F.3d 810, 812 (7th Cir. 1998). If the appeal is found to be non-meritorious, plaintiff may accumulate another strike under 28 U.S.C. §1915(g). The Court directs the Clerk of Court to enter final judgment. All pending deadlines and hearings are stricken. Civil case terminated. The Clerk is directed to send plaintiff a copy of this order.

**DATE: March 12, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**