ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Richard Anthony Marin (#20250211065),

Plaintiff(s),

v.

Cook County Jail,

Defendant(s).

Case No.  25-cv-5596
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒     in favor of defendant(s) Cook County Jail and
against plaintiff(s) Richard Anthony Marin.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Plaintiff's complaint was screened by the Court and it is dismissed with prejudice for failure to state a claim upon which relief may be granted.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Cummings.

Date:  3/12/2026           Thomas G. Bruton, Clerk of Court

C. Chambers , Deputy Clerk